October 25, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

### EX PARTE OMAR TORRES

NO. 14-11-00326-CR

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on April 13, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.